UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

October 14, 1999

Robert H. Bouse, Jr.
Anderson, Coe & King
2000 Central Savings Bank Bldg.
201 North Charles St.
Baltimore, MD 21201

Christopher M. Erwin
Lord & Whip, P.A.
120 West Fayette St.
800 One Center Plaza
Baltimore, MD 21201

Robert M. Schwartzman
Resnick & Abraham
One East Franklin St.
Baltimore, MD 21202

    RE:  Taylor v. Anclote Marine Supply, Inc.
          Civil Action No. WMN-94-3127

Dear Counsel:

    The Court is in receipt of the Plaintiffs' itemization of counsel fees and costs associated with the preparation of Plaintiffs' Motion for Order of Default and/or Other Relief and Motion for Default Judgment (Paper No. 66). Defendant Anclote's attorney, Mr. Bouse, has indicated to the Court that he intends to respond. Mr. Bouse may file a response to the opposition no later than October 22, 1999.

    Although this letter is informal in nature, it is an order of the Court and shall be docketed as such.

Sincerely,

William M. Nickerson
United States District Judge

cc: Court File