IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LARRY TAYLOR, et al.         :

v.                           :    Civil Action WMN-94-3127

ANCLOTE MARINE SUPPLY, INC.  :
d/b/a SIGMA MARINE SUPPLIES, :
et al.                       :

## ORDER

Before the Court is Plaintiffs' itemization of counsel fees and costs associated with the preparation of Plaintiffs' Motion for Order of Default and/or Other Relief and Motion for Default Judgment. (Paper No. 66). This itemization was submitted pursuant to the Court's previous order, (Papers No. 65), ordering Defendant Anclote's Attorney, Robert Bouse, to pay all reasonable attorneys' fees and expenses associated with the deposition of Defendants' corporate designee, including attorneys' fees and expenses for preparation of pleadings, correspondence, conferences, and attendance of the hearing on these motions. Mr. Bouse has responded (Paper No. 68).

Upon review of Plaintiffs' itemization, the Court orders Defendant Anclote's attorney to reimburse Plaintiffs' counsel in the amount of $3,597.96. This amount includes an award of $3,500 in fees plus Plaintiffs' costs. Plaintiffs originally estimated

1

their costs to be $309.96. Mr. Bouse, however, indicates that the $212 charge for deposition services has already been paid.

The Court finds Plaintiffs' itemization of attorneys' fees and costs in the amount of $8,664.96 to be unreasonable. More than eighteen hours of preparation of the first default judgment motion and over fifteen hours for the second motion for default judgment is more than reasonably necessary.

Accordingly, IT IS this 26th day of October, 1999, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant Anclote's attorney, Robert Bouse, shall reimburse Plaintiffs pursuant to the Court's previous order (Paper No. 65) in the amount of $3,597.96; and

2. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_____
William M. Nickerson
United States District Judge